UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 14-0283-AG(JPRx) | Date | February 9, 2015 |
| Title | U.S. COMMODITY FUTURES TRADING COMMISSION v MY FOREX PLANET, INC, ET AL | | |

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Alison Wilson, PHV | Not Present |

**Proceedings:**   MOTION FOR DEFAULT JUDGMENT [DKT 33]

Cause is called for hearing and counsel for the plaintiff makes her appearance.

Maura Viehmeyer is sworn and examined.

Motion is GRANTED.  A separate order granting motion to issue.

                                                                                              : 40

Initials of Preparer   lmb